AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                                  Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Southern District of California

United States of America )
v. )
Daniel Alejandro Ochoa-Camacho (4) )   Case No:  22-cr-0863-JO
 )   USM No:  06171-506
Date of Original Judgment       5/15/2023      )
Date of Previous Amended Judgment: _____ )   Anton Vialtsin
*(Use Date of Last Amended Judgment if Any)* )   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

At the time of sentencing, the Defendant received an upward adjustment for aggravating role under USSG § 3B1.1(c). Accordingly, the Defendant does not qualify for a sentencing reduction under Amendment 821 due to his aggravating role. USSG § 4C1.1(a)(10). *United States v. Cervantes*, 109 F.4th 944 (7th Cir. 2024).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:       9/19/2024                                    _____
                                                                                  *Judge's signature*

Effective Date: _____                    Honorable Jinsook Ohta, United States District Judge
                *(if different from order date)*                              *Printed name and title*